**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SALEEBAN ADAN, | : | HABEAS CORPUS |
|   Petitioner, | : | 28 U.S.C. § 2254 |
| | : | |
| v. | : | |
| | : | |
| ROBERT TOOLE, | : | CIVIL ACTION NO. |
|   Respondent. | : | 1:14-CV-4121-WSD-JFK |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

In February and March of this year, the Court denied Petitioner *in forma pauperis* status and required him to pay the $5.00 filing fee for federal habeas corpus petitions. (Order of Feb. 11, 2015, ECF No. 5; Order of Mar. 18, 2015, ECF No. 7). The matter is now before the Court on submission of the Court's May 4, 2015, Order that required Petitioner, within fifteen days, to show cause why this action should not be dismissed for failure to obey the Court's prior orders. (Order of May 4, 2015, ECF No. 9). As of June 9, 2015, Petitioner has not paid the filing fee or responded to the Order to show cause.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful order of the Court.

See LR 41.3 A.(2), NDGa.; see also Heard v. Nix, 170 F. App'x 618, 619 (11th Cir. Feb. 23, 2006) (affirming dismissal under Rule 41.3 and Federal Rule of Civil Procedure 41(b) for failure to comply with district court's order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 10th day of June, 2015.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)